UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEONTEA JAMAR WHITE,

    Petitioner,

v.                                                       Case No. 21-12899

MATT MACAULEY,

    Respondent.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Petitioner's Motion for Extension, Denying the Petition for Writ of Habeas Corpus, and Declining to Issue a Certificate of Appealability," entered on June 23, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Matt MaCauley and against Petitioner Deontea Jamar White.

Dated at Port Huron, Michigan, June 23, 2022.

                                                       KINIKIA ESSIX
                                                       CLERK OF THE COURT

                                                       By: s/Lisa Wagner
                                                       Lisa Wagner, Case Manager
                                                       to Judge Robert H. Cleland